126

## WHITE v. STATE. (No. 12407.)

Court of Criminal Appeals of Texas. March 20, 1929.

Rehearing Denied April 17, 1929.

J. D. Lawrence, of Pittsburg, for appellant.
A. A. Dawson, State's Atty., of Austin, for the State.

CHRISTIAN, J. The offense is selling intoxicating liquor; the punishment, confinement in the penitentiary for one year.

No bills of exception appear in the record. Motion for new trial was overruled on the 4th day of October, 1928, and notice of appeal given on the same date. The statement of facts was filed on the 6th day of January, 1929. This was after the expiration of the 90 days allowed by statute for filing statement of facts. We are therefore not authorized to consider the statement of facts.

The judgment is affirmed.

PER CURIAM. The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the court.

## SLAPE v. STATE. (No. 12431.)

Court of Criminal Appeals of Texas. March 20, 1929.

Rehearing Denied April 17, 1929.

C. C. McDonald, of Wichita Falls, for appellant.
A. A. Dawson, State's Atty., of Austin, for the State.

MARTIN, J. Offense, the unlawful transportation of intoxicating liquor; penalty, one year in the penitentiary.

The record contains neither a statement of facts nor any bill of exception. Nothing is presented for review, and the judgment is affirmed.

PER CURIAM. The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

On Motion for Rehearing.

MORROW, P. J. The ruling of the trial court in refusing to grant the motion to continue cannot be reviewed in the absence of a bill of exceptions. There is no bill of exceptions in the present instance. The motion for rehearing is therefore overruled. See Branch's Ann. Tex. P. C., § 304; Nelson v. State, 1 Tex. App. 44, and numerous cases collated.